NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BETTY S. BAKER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7011

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-600, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

Betty S. Baker moves for 90-day extension of time to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                BAKER v. SHINSEKI


The motion is granted to the extent that Baker's principal brief is due on or before May 27, 2014. No further extensions should be anticipated.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27